IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS HENDERSON,<br><br>            Petitioner,<br><br>v.<br><br>DEPARTMENT OF CORRECTION, et al.,<br><br>            Respondents. | CIVIL ACTION<br>NO. 13-4779 |

## ORDER

**AND NOW**, this 22nd day of June 2015, upon consideration of Petitioner Marcus Henderson's Petition for Writ of Habeas Corpus (Doc. No. 3), Respondents' Response to the Petition (Doc. No. 8), Petitioner's Motion for Stay and Abeyance (Doc. No. 12), Magistrate Judge Henry S. Perkins' Report and Recommendation (Doc. No. 14), Petitioner's "Motion in Oppsotion [sic] to the Report and Recommendation" (Doc. No. 17), Respondents' Response to Petitioner's Motion (Doc. No. 19), and all other pertinent documents, it is **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Henry S. Perkin (Doc. No. 14) is **APPROVED** and **ADOPTED**;

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 3) is **DENIED**;

3. Petitioner's Motion for Stay and Abeyance (Doc. No. 12) is **DENIED**;

4. A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

5. The Clerk of Court shall close the above-captioned case.

                                        BY THE COURT:

                                        /s/ Joel H. Slomsky
                                        JOEL H. SLOMSKY, J.